**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IZMO DIGITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:26-cv-10187 |
| v. | ) | |
| | ) | |
| RGB HALO KITS, LLC | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AND JURY DEMAND**

Plaintiff, IZMO DIGITAL, INC. ("***izmo***" or "***Plaintiff***") brings this suit against Defendant RGB Halo Kits, LLC ("***Defendant***"), and alleges as follows:

**PARTIES**

**1.** izmo is a Delaware corporation with its principal place of business in San Francisco, California.

**2.** Defendant is a corporation organized under the laws of the state of Arizona, with a place of business at 4215 S 36th Place, Phoenix, AZ 85040. Defendant has identified its statutory agent as Joshua Kevin Cole, 6607 W. Desert Hills Dr. Glendale, AZ 85304

**3.** izmo is informed and believes that Defendant has engaged in business in this District by, among other things, displaying, offering for sale and selling aftermarket lighting kits and associated devices ("the Products") for automobiles in the state of Texas. Defendant has a website at www.rgbhalokits.com that has included the infringing images complained of herein. Defendant also maintains social media pages, such as a Facebook and Instagram pages, to maintain contact with customers and potential customers throughout the United States, including the State of Texas.

**4.** Defendant advertises, distributes, and sells the Products throughout the United States placing the Products in the stream of interstate commerce, including in the state of Texas.

**5.** Defendant's website is highly interactive in nature, facilitating contractual relationships, such as the purchase of Defendant's products, and the transmission of information over the internet in order for Defendant to make a sale of advertised products to a customer. Defendant's website encourages customers and potential customers to interact by purchasing products offered for sale by Defendant via its website, create an account to email those individuals with "news and offers", and via Defendant's "LET'S STAY IN TOUCH" feature in which a customers and potential customers submit their email address so that Defendant can "Send me discounts & free product giveaways". Defendant's website also includes a "SHOP PRODUCTS" button that customers click on and thereby interact with Defendant's website to select and purchase products for sale. Examples of Defendant's actively seeking customers to purchase Defendant's products include the following:



**6.** Defendant's website interacts with customers and provides information related to its products that a customer using the "ADD TO CART" button can place in a "cart" for purchase. See image in preceding paragraph and image below.




**7.** Defendant's website thereafter interacts with customers to "Checkout" to purchase Defendant's product, and provides shipping information and rates to the customer, including in the state of Texas. See image above and image below.




**8.** Defendant's customers are then able to "Checkout" via Defendant's website by inputting the billing details and making a purchase via the "Pay now" button. Defendant will email potential customers notifying such persons that items in the cart remain and encourage such persons to "Finish your checkout," including potential customers in the state of Texas.

**9.** Defendant's customers interact with Defendant's website to enter into a transaction to purchase products of Defendant.

**10.** Additionally, Defendant encourages customers, including customers in the state of Texas, to purchase items from Defendant and to receive discounts and email communications from Defendant. For example, Defendant's web page seeks interaction with potential customers by offering discounts on a customer's order and receipt of additional email communications from the Defendant as illustrated below.




**11.** Defendant advertises, distributes, and sells products throughout the United States placing such products in the stream of interstate commerce, including in the state of Texas.

## JURISDICTION AND VENUE

**12.** This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*.

**13.** This Court has federal question jurisdiction under 28 U.S.C. §§ 1331and 1338(a).

**14.** Venue in this judicial district is proper under 28 U.S.C. §§ 1391(b), (c) and/or (d), and 1400(a).

## FACTUAL ALLEGATIONS

**15.** izmo creates a wide collection of photographic images of automobiles and accessories at its studios in Santa Ana, California and Brussels, Belgium (the "Images"). It has created hundreds of thousands of images and registered the copyrights to those images with the United States Copyright Office and received Certificates of Copyright Registration for them. izmo spent substantial time, money and talent creating its studios and producing, developing, and marketing the Images.

**16.** izmo licenses the Images to third parties for use on their websites and in their businesses. Potential customers of izmo may purchase licenses from izmo for use of the Images for certain regions, media, purposes, and terms of use. The Images are original photographs of various vehicles, created by izmo. The Images reflect izmo's decisions about lighting, shading, angle, and background. They are thus copyrighted works under the Copyright Act of 1976.

**17.** izmo image library consists of model level coverage from 2002 forward for U.S. car models, and from 2008 forward for European car models.

**18.** izmo also syndicates its data to partners who display the listings on their websites. izmo's clients include automobile dealers, advertising, and marketing companies as well as major car rental companies including Hertz, Budget/Avis, Europcar, and Enterprise. With respect to rental car companies, izmo enters multi-year contracts providing its entire library of images so that the companies can use the photographs that match the vehicles in their fleet. These license agreements carry substantial fees and establish terms intended to further protect izmo's intellectual property, including the following terms: (a) the images may be used on licensed domains only; (b) the images may not be altered, including name, copyright notice, except when expressly permitted; (c) the images must remain associated to the rental listing for which it is provided; and (d) the image is not permitted to be relicensed.

**19.** Defendant is a company that offers to sell and sells the Products in the United States which are listed or otherwise identified or searchable on Defendant's website. As part of the promotion of its Products, Defendant displays photographs of automobiles on its website.

**20.** Defendant included izmo's Images on its website. izmo has discovered that Defendant used at least 43 of izmo's copyrighted images and is informed and believes and on that basis alleges that Defendant used additional copyrighted images without izmo's knowledge or consent.

**21.** In or around December 2023, izmo discovered that Defendant was displaying izmo's copyrighted images on Defendant's website.

**22.** Defendant was well-aware that these images belonged to izmo, were protected by copyright and only available for use if licensed from izmo at least as early as February 29, 2024. However, Defendant never entered into a licensing agreement with izmo.

**23.** izmo is informed and believes and on that basis alleges that Defendant copied, reproduced, and used izmo's Images for commercial purposes.

**24.** The izmo Copyright Registrations and izmo Image Name in the Copyright Registrations infringed by Defendant are set forth in the table below. Additionally, the infringed Copyright Registrations are attached as Exhibit A.

| Unlicensed izmo Images used by RGB HALO KITS, LLC on its website: https://rgbhalokits.com/ | | |
|---|---|---|
| Sl. No. | izmo Image Name | U.S. Copyright Registration Number |
| 1 | acura_11tsxsedan_frontview | VA0002146384 |
| 2 | cadillac_08dts_angularfront | VA0002240336 |
| 3 | cadillac_09escalade_frontview | VA0002358932 |
| 4 | cadillac_11ctscoupe_frontview | VA0002103681 |
| 5 | chevrolet_10hhrpanel_frontview | VA0002358447 |
| 6 | chevrolet_10impalals_frontview | VA0002358447 |
| 7 | chevrolet_19malibultsd9fa_frontview | VA0002165881 |
| 8 | dodge_10ram1500sltregularcab_frontview | VA0002358447 |
| 9 | dodge_20durangortsu3fa_frontview | VA0002179670 |
| 10 | ford_07explorer_frontview | VA0002177914 |
| 11 | ford_08explorer_angularfront | VA0002240336 |
| 12 | ford_10tauruslimited_angularfront | VA0002103688 |
| 13 | ford_10tauruslimited_frontview | VA0002146441 |
| 14 | ford_14focussesedan6a_frontview | VA0002146392 |
| 15 | ford_15focussehb4a_frontview | VA0002299935 |

| | | |
|---|---|---|
| 16 | genesis_17g80awdsa1a_frontview | VA0002299925 |
| 17 | gmc_15yukonxlslt4a_frontview | VA0002299935 |
| 18 | gmc_16terraindenali1fa_frontview | VA0002146394 |
| 19 | gmc_17sierra1sltcrewpu3ra_frontview | VA0002299925 |
| 20 | honda_07odyssey_angularfront | VA0002177914 |
| 21 | honda_10accordcoupelxs_frontview | VA0002358447 |
| 22 | honda_10civiccoupeex_frontview | VA0002358447 |
| 23 | honda_13accordexlv69a_frontview | VA0002146435 |
| 24 | hyundai_10azeralimited_frontview | VA0002358451 |
| 25 | infiniti_08g35sedansport_frontview | VA0002177962 |
| 26 | infiniti_10g37convertible_frontview | VA0002358451 |
| 27 | jeep_08grandcherokeelaredo_frontview | VA0002177962 |
| 28 | kia_14optimahybridexsd3a_frontview | VA0002146392 |
| 29 | landrover_09rangeroverhsesport_frontview | VA0002103688 |
| 30 | landrover_10lr4_frontview | VA0002103681 |
| 31 | lexus_10gshybrid_frontview | VA0002358451 |
| 32 | lexus_10rxhybrid_frontview | VA0002103681 |
| 33 | mazda_10mazdaspeed3sport_frontview | VA0002358451 |
| 34 | mercedes_10glclass_frontview | VA0002358451 |
| 35 | mercedes_10glkclass350_frontview | VA0002146441 |
| 36 | nissan_08altimacoupese_frontview | VA0002177962 |
| 37 | nissan_09armadase_frontview | VA0002103691 |
| 38 | nissan_10altima25sedan_frontview | VA0002146441 |
| 39 | nissan_14xterrasod2a_frontview | VA0002146392 |
| 40 | pontiac_08g6sedan_angularfront | VA0002240336 |
| 41 | pontiac_08solsticegxp_frontview | VA0002177962 |
| 42 | saturn_08astra5door_frontview | VA0002177962 |
| 43 | scion_10xb_angularfront | VA0002234261 |

**25.** Below is an example of infringement by RGB Halo Kits, LLC. The photograph immediately below is one of izmo's copyrighted images.



**26.** The screen capture below obtained on or about December 1, 2023 is an example of Defendant's use of izmo's copyrighted images.




**27.** All copyrighted images that are the subject of this Complaint were registered with the United States Copyright Office prior to December 2023 and before Plaintiffs discovered Defendant's infringing activities.

**28.** Pursuant to a written assignment, izmo owns all right, title, and interest in the copyrighted images identified above, including all accrued causes of action and the right to enforce its copyrights and recover damages for past, present, and future infringement.

**29.** Defendant publicly and unlawfully reproduced and/or displayed the copyrighted images without izmo's authorization, consent, permission, license, and without compensation to izmo.

## CLAIM FOR RELIEF

## CAUSE OF ACTION
## (COPYRIGHT INFRINGEMENT)

**30.** izmo repeats and realleges every allegation contained in Paragraphs 1- 29 as if fully set forth herein.

**31.** izmo is the owner of valid copyright registrations in Images.

**32.** Without authorization, consent, permission, license, and/or compensation, Defendant publicly and unlawfully reproduced and/or displayed izmo's copyrighted images in violation of at least 17 U.S.C. §§ 106(1), (2) and (5) and 501 and thereby infringed izmo's copyrights.

**33.** Defendant's infringement includes, but is not limited to, at least the 43 images identified in this Complaint. Defendant's infringement includes at least the 43 images attached in Exhibit B.

**34.** Each of the Images, including each of the 43 images identified in this Complaint (including Exhibit B), is a separate work. Exhibit B includes at least one website address of Defendant's infringement at the time of izmo learned of Defendant's infringement.

**35.** izmo is informed and believes and on that basis alleges that Defendant's infringement was willful, intentional, and/or reckless. Defendant was aware that izmo owned the Images and would permit use of them only pursuant to a license agreement and Defendant never entered into any such agreement with izmo and displayed and/or distributed izmo's photographs despite such knowledge.

**36.** izmo has been damaged by Defendant's conduct in an amount to be proven at trial.

**37.** izmo is entitled to recover actual damages suffered by it as a result of Defendant's infringement and profits of the Defendant attributable to Defendant's infringement pursuant to 17 U.S.C. § 504(b).

**38.** izmo is entitled to an award of statutory damages pursuant to 17 U.S.C. § 504(c).

**39.** izmo is entitled to an award of its costs incurred to enforce its copyrights, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

**40.** Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to izmo unless enjoined by this Court. izmo has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, izmo is entitled to a permanent injunction prohibiting infringement of izmo's exclusive rights under copyright law.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure Rule 38, izmo hereby demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREAS izmo prays for relief as follows:

1. For an award, at izmo's election, pursuant to 17 U.S.C. § 504 of either (1) the actual damages suffered by izmo with respect to past infringement, plus any additional profits of Defendant that are attributable to the infringement that are not taken into account in computing actual damages; or (2) statutory damages as provided by Section 504(c) in an amount to be proven at trial.

2. For a finding that the infringement by Defendant was willful, and for an award to izmo, at its election, of statutory damages against Defendant for willfully committing infringement as provided by 17 U.S.C. § 504 in an amount to be proven at trial.

3. For an order that Defendant account for all sales, revenues, costs and profits from their wrongful conduct and unauthorized use of izmo's copyrights, and that Defendant pay izmo damages in an amount to be proven at trial, but including Defendant's profits and actual damages suffered by izmo as a result of Defendant's wrongful acts;

4. For an order pursuant to 17 U.S.C. § 502 permanently enjoining Defendant and its agents, servants, employees, and all other persons who are in active concert or participation with any of the aforementioned from publishing izmo's copyrighted images or any other work derivative of izmo's copyrighted images;

5. For an award of izmo's attorneys' fees, expenses, and costs, pursuant to 17 U.S.C. § 505;

6. For an award to izmo of pre- and post-judgment interest; and

7. For an award to izmo of such other and further relief as the Court deems just and proper.

Dated: November 20, 2026

*/s/ John T. Polasek*

John T. Polasek
Texas Bar. No. 16088590
The Polasek Law Firm, PLLC
2401 Fountain View Dr., Suite 316
Houston, Texas 77057
Telephone: (832) 485-3580
ted@polaseklaw.com

*Attorney for Plaintiff*